IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHEREASE KINCAID, AS ADMINISTRATOR FOR THE ESTATE OF RAYMOND GORDON, Deceased, : : : : : | |
| Plaintiff, : | |
| v. : | Case No. 5:08-CV-348 (HL) |
| : | |
| AUTUMN VILLAGE 2 ASSISTED LIVING FACILITY LIMITED LIABILITY COMPANY, : : : | |
| Defendant. : | |

## ORDER

This matter comes before the Court on Plaintiff's Motion to Substitute Parties (Doc. 36) (the "Motion to Substitute"), Motion for a 90-Day Extension of Discovery (Doc. 36) (the "Discovery Motion") and Motion to Stay the Time for Plaintiff's Response to Defendant's Motion for Summary Judgment (Doc. 42) (the "Motion to Stay"). The Court conducted a hearing by telephone on October 5, 2009, and another hearing by telephone on October 7, 2009. As the Court informed the parties at those hearings, the Court grants the following relief:

The Plaintiff died on January 3, 2009. By an order of the Probate Court of Monroe County on August 10, 2009, Cherease Kincaid was authorized to serve as the Administratrix of the Plaintiff's estate. Pursuant

to Federal Rule of Civil Procedure 25, the Court grants the Motion to Substitute Cherease Kincaid (Doc. 36), as the Administratrix of the Plaintiff's estate, for the Plaintiff.

The parties informed the Court at the October 7 hearing that they are now prepared to go to trial on the next available trial calendar. Accordingly, the Discovery Motion (Doc. 36) is denied.

The Court denies the Motion to Stay (Doc. 42), but Plaintiff may file her Response to Defendant's Motion for Summary Judgment by Friday, October 9, 2009.

**SO ORDERED**, this the 7th day of October, 2009.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE

jch